PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT to § 2703(d) DIRECTING VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT/NEXTEL, T-MOBILE, and METRO PCS TO DISCLOSE CELL TOWER INFORMATION | CASE NO. 2:17-SW-0179 AC<br><br>[~~PROPOSED~~] ORDER |

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT/NEXTEL, T-MOBILE, and METRO PCS (the "Service Providers") to disclose the records and other information described in **Attachment A** to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that the Service Providers shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

Dated: 3/2/17

Hon. Allison Claire
United States Magistrate Judge

[PROPOSED] ORDER                                  1

## ATTACHMENT A

I. **The Cell Towers.**

| Cell Towers | Dates | Times (UTC) |
|---|---|---|
| The cell towers that provided cellular service to 8451 Elk Grover Florin Road, Elk Grove, California (38.450545, -121.371093) | 05/07/2016 | 21:25 – 22:25 |
| The cell towers that provided cellular service to 6987 Douglas Boulevard, Granite Bay, California (38.743823, -121.171140) | 12/30/2016 | 17:06 – 18:06 |
| The cell towers that provided cellular service to 8799 Elk Grove Boulevard, Elk Grove, California (38.409403, -121.376662) | 01/13/2017 | 22:45 – 23:45 |

II. **Records and Other Information to Be Disclosed**   For each cell tower described in Part I, the Service Providers named in the Order are required to disclose, and certify under Fed Rule Evid. 902(11), to the United States all records and other information (not including the contents of communications) about all communications made using the cell tower during the corresponding timeframes listed in Part I, including the records that identify:

a) The telephone call number and unique identifiers for each wireless device in the vicinity of the tower ("the locally served wireless device") that registered with the tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

b) The source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that called, or was called by, the locally served wireless device);

c) The date, time, and duration of each communication;

d) The "sectors" (i.e., the faces of the towers) that received a radio signal from each locally served wireless device; and

e) The type of communication transmitted through the tower (such as phone call or text message).

These records should include records about communications that were initiated before or terminated after the specified time period, as long as part of the communication occurred during the relevant time period.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Service Providers, and my official title is _____. I am a custodian of records for the Service Providers. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of the Service Providers, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of the Service Providers; and

    c.    such records were made by the Service Providers as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature